# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| Matthew Tellez, and Jeffery Tellez, | CASE NUMBER: | 08CV4297 |
| V. | ASSIGNED JUDGE: | JUDGE DARRAH |
| City of Blue Island, et al., | | |
| | DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE VALDEZ |

TO: (Name and address of Defendant)

Blue Island Police Officer Timothy Sisk, star 154
Attn: Office of Legal Affairs
13031 South Greenwood Avenue
Blue Island, Illinois 60406

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____      July 29, 2008
(By) DEPUTY CLERK                       Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  7 30 2008 |
| NAME OF SERVER (PRINT) Elyta McFarland | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served via certified mail to the office of legal affairs at the Blue Island Police Department; 13031 South Greenwood Avenue, Blue Island IL 60406

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 30 2008          Elyta McFell
                 Date                 Signature of Server

                                      LAW OFFICES OF
                                      LAWRENCE V. JACKOWIAK
                                      20 N. CLARK, SUITE 1700
                        Address of Server    CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.