## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW TELLEZ, and ) <br> JEFFERY TELLEZ ) <br>  ) <br> *Plaintiffs*, ) <br> v. ) <br>  ) <br> CITY OF BLUE ISLAND, Blue Island ) <br> Police Officers TIMOTHY SISK, Star 154, ) <br> DAVE STONE, star 167, ALICE PALOMO,) <br> Star 259, ANTHONY DELGADILLO, ) <br> Star 162, and JOHN DOE ) <br>  ) <br> *Defendants*. ) | No: 08cv4297 <br><br> District Judge Darrah <br><br> Magistrate Judge Valdez |

To:   Lawrence V. Jackowiak
      Louis J. Meyer
      Daniel P. Kiss
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, Illinois 60602

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 20th day of August, 2008, at 9:00 a.m., I shall appear before the Honorable Judge John W. Darrah in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL, and then and there present ***Defendants' Joint Motion to Extend Time to Answer or Otherwise Plead***, a copy of which is attached and served upon you.

/s/ John Furlan
One of the Attorneys for Defendants,
TIMOTHY SISK, DAVE STONE, ALICE
PALOMO and ANTHONY DELGADILLO

Neil D. O'Connor
John Furlan
O'CONNOR & KARNES
17. N. State St., Suite 1790
Chicago, IL 60603
(312) 629-8900

/s/ Peter M. Murphy
One of the Attorneys for the Defendant
CITY OF BLUE ISLAND

Peter M. Murphy
City Attorney of Blue Island
13051 S. Greenwood Ave.
Blue Island, IL 60406
(708) 396-7031

## CERTIFICATE OF SERVICE

      The undersigned, being first duly sworn on oath, states pursuant to Local Rule 12c that copies of documents required to be served by F.R.C.P. 5(a) have been served; that the undersigned served the above and foregoing document upon all persons entitled to notice in this cause on Thursday, August 14, 2008. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      /s/John Furlan