## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4297 | **DATE** | August 18, 2008 |
| **CASE TITLE** | Tellez v. City of Blue Island et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Joint Motion to Extend Time to Answer or Otherwise Plead [19] is granted.

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | nm |